UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LESLEY KELLEY as Personal Representative of
the Estate of John H. Kelley, Jr.,

                Plaintiff,

-vs-                                                                               Case No. 2:09-cv-351-FtM-99SPC

JOHNSON & JOHNSON COMPANY a New
Jersey corporation for profit; JANSSEN
PHARMACUTICA, INC. a New Jersey
corporation for profit; ALZA CORPORATION a
Delaware corporation for profit,

                Defendants.
_____

## ORDER

This matter comes before the Court on The Parties' Second Joint Motion to Extend Deadlines (Doc. #41) filed on July 20, 2010. The parties move the Court for an enlargement to the pretrial deadlines and trial term. As grounds, Counsel indicates that due to discovery demands, the current deadlines do not allow sufficient time to review all the documents and exchange timely reports.

District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001)). Pursuant to Local Rule 3.01(g), both Counsel stipulated to the relief requested. The Parties have submitted proposed dates more conducive to completing discovery. As such, the Court will grant the extensions of time as outlined below.

Accordingly, it is now

**ORDERED:**

The Parties' Second Joint Motion to Extend Deadlines (Doc. #41) is **GRANTED**. The deadlines are amended as follows:

| | |
|---|---|
| Disclosure of Expert Reports | Plaintiff: November 30, 2010<br>Defendant: December 30, 2010 |
| Discovery | January 31, 2011 |
| Mediation | August 23, 2010 (with a Status Report to be filed within ten (10) days thereafter) |
| Dispositive, *Daubert*, and *Markman* Motions | March 2, 2011 |
| Meeting In Person to Prepare Joint Final Pretrial Statement | May 31, 2011 |
| Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, Exhibit Lists on Approved Form) | June 6, 2011 |
| All Other Motions Including Motions *In Limine*, Trial Briefs | June 6, 2011 |
| Final Pretrial Conference | Date: July 18, 2011<br>Time: 1:30 P.M.<br>Place: Courtroom 6B |
| Trial Term Begins | August 1, 2011 |

**DONE AND ORDERED** at Fort Myers, Florida, this ___22nd___ day of July, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record